AMANDA F. ARMSTRONG

*v.*

THE PEOPLE *ex rel.* Julian S. Rumsey.

APPEAL—*identity of judgment appealed from.* Where the record does not show any such judgment as the appeal professes to be taken from, the appeal will be dismissed.

APPEAL from the Circuit Court of Cook county; the Hon. LAMBERT TREE, Judge, presiding.

Mr. WILLIAM ELIOT FURNESS, for the appellant.

Mr. F. ADAMS, and Mr. T. LYLE DICKEY, for the appellees.

Mr. JUSTICE SCHOLFIELD delivered the opinion of the Court:

We are unable to find in the record before us, any such judgment as that from which this appeal professes to be taken. The only judgment in the record is against certain lots in the city of Chicago. The appeal is from a judgment against the N. 10¼ acres of the W. ½ of the S. E. ¼ of the S. E. ¼ of sec. 13, T. 39 N. R. 13 E., which appears to be entirely different property from that described in the judgment. We are not authorized to presume it is the same, and the appeal must therefore be dismissed.

*Appeal dismissed.*